AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia

| | | |
|---|---|---|
| Takeda Pharmaceutical Co. Ltd., et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:13-cv-197 |
| Mylan Pharmaceuticals Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs

Date: 09/26/2013

*Attorney's signature*

Yolonda G. Lambert (WV Bar 2130)
*Printed name and bar number*

Schrader, Byrd & Companion, PLLC
32 - 20th Street, Suite 500
Wheeling, WV 26003

*Address*

ygl@schraderlaw.com
*E-mail address*

(304) 233-3390
*Telephone number*

(304) 233-2769
*FAX number*