UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

TAKEDA PHARMACEUTICAL CO.,
LTD., TAKEDA PHARMACEUTICALS
U.S.A. INC. AND TAKEDA
PHARMACEUTICALS AMERICA, INC.,

        Plaintiffs,

v.                                    Civil Action No. 1:13-cv-197(Keeley)
                                     Electronically Filed October 3, 2013

MYLAN PHARMACEUTICALS INC.
AND MYLAN, INC.,

        Defendants.

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41 (a) (1) (A) the plaintiffs, Takeda Pharmaceutical Co., LTD., Takeda Pharmaceuticals U.S.A., Inc., and Takeda Pharmaceuticals America, Inc. file this Notice of Voluntary Dismissal in the above-styled civil action without prejudice .

                                    TAKEDA PHARMACEUTICAL CO., LTD.,
                                    TAKEDA PHARMACEUTICALS U.S.A, INC.
                                    AND TAKEDA PHARMACEUTICALS AMERICA, INC.

                                    By /s/ Yolonda G. Lambert, Esq.
                                          Of Counsel

Yolonda G. Lambert, Esq.
WV State Bar I.D. 2130
Schrader Byrd & Companion, PLLC
The Maxwell Centre, Suite 500
32 - 20th Street
Wheeling, WV 26003
(304) 233-3390