AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court ___Northern District of West Virginia___ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:13cv197 | DATE FILED<br>8/29/2013 | U.S. DISTRICT COURT<br>Northern District of West Virginia |
|---|---|---|
| PLAINTIFF<br><br>TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., AND TAKEDA PHARMACEUTICALS AMERICA, INC. | | DEFENDANT<br><br>MYLAN PHARMACEUTICALS INC. AND MYLAN INC. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,462,058 | 10/8/2002 | TAKEDA PHARMACEUTICAL CO., LTD. |
| 2 | 6,664,276 | 12/16/2003 | TAKEDA PHARMACEUTICAL CO., LTD. |
| 3 | 6,939,971 | 9/6/2005 | TAKEDA PHARMACEUTICAL CO., LTD. |
| 4 | 7,285,668 | 10/23/2007 | TAKEDA PHARMACEUTICAL CO., LTD. |
| 5 | 7,790,755 | 9/7/2010 | TAKEDA PHARMACEUTICAL CO., LTD. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,173,158 | 5/8/2012 | TAKEDA PHARMACEUTICALS U.S.A., INC. |
| 2 | 8,461,187 | 6/11/2013 | TAKEDA PHARMACEUTICALS U.S.A., INC. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT<br><br>Voluntary Dismissal |
|---|

| CLERK<br>Cheryl Dean Riley | (BY) DEPUTY CLERK<br>K. Denny | DATE<br>10/3/2013 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**